IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EMOJI COMPANY GmbH,

       Plaintiff,

v.

AAPE888 et al.,

       Defendants.

Case No.: 20-cv-3892

Judge: John J. Tharp, Jr.

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on EMOJI COMPANY GmbH's Motion for a

Preliminary Injunction against the Defendants identified in Schedule A attached hereto

(collectively, the "Defendants") and using at least the domain names identified in Schedule A

(the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A

(the "Online Marketplace Accounts"), and this Court having considered the evidence before it

hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction as follows.

THIS COURT HEREBY FINDS, in the absence of adversarial presentation, that it has

personal jurisdiction over the Defendants because the Defendants directly target their business

activities toward consumers in the United States, including Illinois. Specifically, Defendants

have targeted sales to Illinois residents by setting up and operating e-commerce stores that target

United States consumers, offer shipping to the United States, including Illinois, accept payment

in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiff's

EMOJI Trademarks (the "EMOJI Products") to residents of Illinois.

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the EMOJI Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register as U.S. Trademark Registration Nos. 4,868,832; 5,202,078 and 5,415,510 for the EMOJI marks, (2) Defendants are not licensed or authorized to use EMOJI Trademarks, and (3) Defendants' use of the EMOJI Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with EMOJI COMPANY GmbH. Furthermore, Defendants' continued and unauthorized use of the EMOJI Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

a. using Plaintiff's EMOJI Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine EMOJI Product or not authorized by Plaintiff to be sold in connection with Plaintiff's EMOJI Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine EMOJI Product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's EMOJI Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing Plaintiff's EMOJI Trademarks and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's EMOJI Trademarks or any reproductions, counterfeit copies or colorable imitations.

2.    The domain name registries for the Defendants' Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a PublicDomainRegistry.com, and Namecheap Inc., within three (3) business days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable Defendants' Domain Names and make them inactive and untransferable until further order by this Court.

3.    Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer and Alibaba, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including DHgate, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, DHgate and Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, those with notice of the injunction, including the Third Party Providers, shall within three (3) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the EMOJI Trademarks.

5. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Any Third Party Providers, including DHgate, shall, within two (2) business days of receipt of this Order:

    a. locate all accounts and funds of Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any DHgate accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order, and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Schedule A hereto; and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "aape888 and all other Defendants identified in Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Amended Complaint [8] and Exhibit 1 [8-1], Exhibit 1 to the Complaint [2], Schedule A to the Complaint [7] and the Amended Complaint [8-2], Plaintiff's Motion to Exceed Page Limitation [9], Plaintiff's Motion for Entry of a Temporary Restraining Order [10], Plaintiff's Memorandum in Support of the Motion for Entry of a Temporary Restraining Order [11], the accompanying Declaration of Jose Santiago [11-1] and Exhibit 1 thereto [11-

2], Declaration of Anna K. Reiter [11-3], and Exhibit 2 thereto [12] – [20], Declaration of

Michael A. Hierl [11-4] and Exhibits 1-3 thereto [11-5] – [11-7], Plaintiff's Notice of Claims

Involving Trademarks [21], and the TRO [23] are unsealed.

9.    Any Defendants that are subject to this Order may appear and move to dissolve or modify

the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and

the Northern District of Illinois Local Rules.

10.  Plaintiff shall post a bond with the Court within 1 week of entry of this order.

Dated: August 3, 2020


_John J. Tharp, Jr._

John J. Tharp, Jr.
United States District Judge

# SCHEDULE A

| No. | Defendants |
|-----|------------|
| 1 | aape888 |
| 2 | Jyhuafei |
| 3 | Off01 |
| 4 | Play01 |
| 5 | losangelesd |
| 6 | sport1688 |
| 7 | Dhfz04 |
| 8 | nicefeelstore |
| 9 | leon2008dream |
| 10 | mybestsite |
| 11 | Brandcloth |
| 12 | Fimimi |
| 13 | di_men |
| 14 | marigold_fz |
| 15 | oneskycity |
| 16 | xiaomao2018 |
| 17 | kokmohid |
| 18 | yabsera |
| 19 | goodly3128 |
| 20 | hoodie888 |
| 21 | beibei_shop |
| 22 | Luxury22 |
| 23 | Apericots |
| 24 | armaniteeshirt |
| 25 | ashenna |
| 26 | baishi7 |
| 27 | Baxiagogo |
| 28 | beautifuly |
| 29 | besttshirts201810 |
| 30 | Buy10 |
| 31 | carmarstore |
| 32 | cfashions |
| 33 | clothes_cafe_charity |
| 34 | clothingdh |
| 35 | designlife |
| 36 | Despicable_me |
| 37 | diytees2018 |
| 38 | Docup |

| 39 | Edmund02 |
|----|----------|
| 40 | ellenice |
| 41 | emodezhaohuan |
| 42 | Esp2018 |
| 43 | eventswedding |
| 44 | fafafastore |
| 45 | fanyumaoyi02 |
| 46 | Fashion2017store |
| 47 | Fashion89show |
| 48 | fashionbj |
| 49 | Fashionlot |
| 50 | feelingoodtees |
| 51 | Fushopping |
| 52 | Fuyastore |
| 53 | gaoling98 |
| 54 | Gl8888 |
| 55 | goodsonline |
| 56 | Goodtime98 |
| 57 | Guci88 |
| 58 | hairstyrish |
| 59 | handbeauty |
| 60 | Hangzhou8 |
| 61 | haoppy |
| 62 | happy19891 |
| 63 | happy668899store |
| 64 | Harrietai |
| 65 | Harrvey |
| 66 | helen20180628 |
| 67 | italynest |
| 68 | jackhuang |
| 69 | jinmei01 |
| 70 | Jst2015 |
| 71 | jualy |
| 72 | Juneren |
| 73 | junlong02 |
| 74 | junlong03 |
| 75 | kaseller |
| 76 | kevin_echo04 |
| 77 | lanlan998 |
| 78 | lanselstore |
| 79 | lastdoc |

| | |
|---|---|
| 80 | lbdapparel |
| 81 | Leoreplica |
| 82 | lianmeijack |
| 83 | linmei0005 |
| 84 | linnan00010 |
| 85 | linnan06 |
| 86 | lizhang02 |
| 87 | lordofthetees |
| 88 | marigolder |
| 89 | meinuo110 |
| 90 | Men_apparel |
| 91 | Mimang04 |
| 92 | mountainshirt |
| 93 | mr_bacon |
| 94 | mujing |
| 95 | Mz908 |
| 96 | Neidok |
| 97 | Newedd |
| 98 | newxf01store |
| 99 | nikktm |
| 100 | Ninglang04 |
| 101 | Ninglang05 |
| 102 | ninglang06 |
| 103 | north_15 |
| 104 | northface127 |
| 105 | officesupplier |
| 106 | oldriver |
| 107 | oott |
| 108 | Paluo |
| 109 | peaceg |
| 110 | pearguo |
| 111 | pingguo1 |
| 112 | pingguo6 |
| 113 | pingguo99 |
| 114 | Propha |
| 115 | purezony |
| 116 | qihengliu |
| 117 | Queen968 |
| 118 | ridingsport |
| 119 | shen07 |
| 120 | shenping02 |

| | |
|---|---|
| 121 | shoptshirt |
| 122 | Sizhu |
| 123 | Snewa |
| 124 | sto6 |
| 125 | store2002 |
| 126 | Summerh |
| 127 | Superstore201898 |
| 128 | supertshirts201803 |
| 129 | sweet_honey |
| 130 | tastall |
| 131 | thefashioncartel |
| 132 | Tian2018514 |
| 133 | tombusiness |
| 134 | topshoes666 |
| 135 | Tuhua |
| 136 | underwearoem |
| 137 | Vanilla10 |
| 138 | vickyhuang17 |
| 139 | victoriata |
| 140 | vikey16 |
| 141 | viviant |
| 142 | wangyicom |
| 143 | watchlove |
| 144 | waxeer |
| 145 | wayslestore |
| 146 | west-wind |
| 147 | Womenmall |
| 148 | Wudun |
| 149 | xingyan03 |
| 150 | yaolei000 |
| 151 | yerunku |
| 152 | yg06tshirt |
| 153 | yingluo |
| 154 | Yiyeluochen |
| 155 | yongbing88 |
| 156 | yonnie |
| 157 | yubin10 |
| 158 | Yuzhaolin |
| 159 | zch8989 |
| 160 | zch9988 |
| 161 | hcfz2 |

| 162 | hcgj1 |
|-----|-------|
| 163 | hcgj3 |
| 164 | hcnb7 |
| 165 | jffc4 |
| 166 | jffc8 |
| 167 | jfnb4 |
| 168 | jfnb6 |
| 169 | lkfc3 |
| 170 | lkfc4 |
| 171 | lkfc5 |
| 172 | lkfc9 |
| 173 | lkfz9 |
| 174 | topapparelseller |
| 175 | xmnh3 |
| 176 | awhazln |
| 177 | igochina002 |
| 178 | igochina004 |
| 179 | ranmeng |
| 180 | ajkobeshoes |
| 181 | angelina_baby |
| 182 | baobags |
| 183 | besgohomedecor |
| 184 | Chencloth66 |
| 185 | enjoy_shopping_here |
| 186 | fivestage |
| 187 | fyj321 |
| 188 | godefera |
| 189 | Hongxuanstore01 |
| 190 | honry |
| 191 | hot_fashion_clothing |
| 192 | hotbuy |
| 193 | Hy28 |
| 194 | jerry06 |
| 195 | jokay |
| 196 | keviny |
| 197 | King_heihei |
| 198 | Lina_2016 |
| 199 | loungersofa |
| 200 | Matetrade |
| 201 | meetanna |
| 202 | miaosen1 |

| | |
|-----|-------------------|
| 203 | mingbag001 |
| 204 | nbkingstar |
| 205 | ninghongmy |
| 206 | penbake |
| 207 | rebecco |
| 208 | runningxu123 |
| 209 | sola1990 |
| 210 | sweet59 |
| 211 | toponlineshop |
| 212 | Trendysocks |
| 213 | universe111 |
| 214 | vanilla13 |
| 215 | wilove |
| 216 | zhanhuaclothes |
| 217 | de_de |
| 218 | Nonion |
| 219 | autoparts1 |
| 220 | Best_sunglasses |
| 221 | buypal |
| 222 | Hqy86 |
| 223 | jet007 |
| 224 | leviis |
| 225 | Naixing |
| 226 | oem_jewelry |
| 227 | pbqy008 |
| 228 | sd005 |
| 229 | tophat5 |
| 230 | wangxiaofeng806 |
| 231 | Youarenice |
| 232 | Airsoftwholesaler |
| 233 | howtobuydhgate |
| 234 | Feida98 |

| No. | Defendants Online Marketplace |
|---|---|
| 1 | https://www.dhgate.com/store/21407000 |
| 2 | https://www.dhgate.com/store/20324530 |
| 3 | https://www.dhgate.com/store/21504148 |
| 4 | https://www.dhgate.com/store/21503499 |
| 5 | https://www.dhgate.com/store/20157450 |
| 6 | https://www.dhgate.com/store/21034627 |
| 7 | https://www.dhgate.com/store/21491893 |
| 8 | https://www.dhgate.com/store/20437129 |
| 9 | https://www.dhgate.com/store/13763018 |
| 10 | https://www.dhgate.com/store/14332253 |
| 11 | https://www.dhgate.com/store/21027089 |
| 12 | https://www.dhgate.com/store/21141963 |
| 13 | https://www.dhgate.com/store/21065049 |
| 14 | https://www.dhgate.com/store/20996083 |
| 15 | https://www.dhgate.com/store/21223701 |
| 16 | https://www.dhgate.com/store/21171788 |
| 17 | https://www.dhgate.com/store/21499269 |
| 18 | https://www.dhgate.com/store/20245996 |
| 19 | https://www.dhgate.com/store/19967460 |
| 20 | https://www.dhgate.com/store/21205073 |
| 21 | https://www.dhgate.com/store/14498470 |
| 22 | https://www.dhgate.com/store/21423933 |
| 23 | https://www.dhgate.com/store/21134673 |
| 24 | https://www.dhgate.com/store/21122567 |
| 25 | https://www.dhgate.com/wholesale/products/ff808081711b462b01712a23dab211cc.html |
| 26 | https://www.dhgate.com/store/21092126 |
| 27 | https://www.dhgate.com/store/20968564 |
| 28 | https://www.dhgate.com/store/20773085 |
| 29 | https://www.dhgate.com/store/21124475 |
| 30 | https://www.dhgate.com/store/20488062 |
| 31 | https://www.dhgate.com/store/21119360 |
| 32 | https://www.dhgate.com/store/20467760 |
| 33 | https://www.dhgate.com/store/21148991 |
| 34 | https://www.dhgate.com/store/20944969 |
| 35 | https://www.dhgate.com/store/20800367 |
| 36 | https://www.dhgate.com/store/20082851 |
| 37 | https://www.dhgate.com/store/21096688 |
| 38 | https://www.dhgate.com/store/21128762 |
| 39 | https://www.dhgate.com/store/20325793 |
| 40 | https://www.dhgate.com/store/21416939 |

| | |
|---|---|
| 41 | https://www.dhgate.com/store/20248928 |
| 42 | https://www.dhgate.com/store/21078215 |
| 43 | https://www.dhgate.com/store/19905723 |
| 44 | https://www.dhgate.com/store/20922423 |
| 45 | https://www.dhgate.com/store/21092937 |
| 46 | https://www.dhgate.com/store/20637066 |
| 47 | https://www.dhgate.com/store/21145995 |
| 48 | https://www.dhgate.com/store/20511658 |
| 49 | https://www.dhgate.com/store/21142112 |
| 50 | https://www.dhgate.com/store/21135682 |
| 51 | https://www.dhgate.com/store/21142093 |
| 52 | https://www.dhgate.com/store/21154211 |
| 53 | https://www.dhgate.com/store/21150920 |
| 54 | https://www.dhgate.com/store/21333800 |
| 55 | https://www.dhgate.com/store/21134634 |
| 56 | https://www.dhgate.com/store/21152983 |
| 57 | https://www.dhgate.com/store/21108560 |
| 58 | https://www.dhgate.com/store/21134452 |
| 59 | https://www.dhgate.com/store/19863217 |
| 60 | https://www.dhgate.com/store/20828665 |
| 61 | https://www.dhgate.com/store/20774916 |
| 62 | https://www.dhgate.com/store/21141638 |
| 63 | https://www.dhgate.com/store/20652318 |
| 64 | https://www.dhgate.com/store/21079218 |
| 65 | https://www.dhgate.com/store/20242305 |
| 66 | https://www.dhgate.com/store/21072901 |
| 67 | https://www.dhgate.com/store/21154449 |
| 68 | https://www.dhgate.com/store/14047056 |
| 69 | https://www.dhgate.com/store/19888604 |
| 70 | https://www.dhgate.com/store/19927019 |
| 71 | https://www.dhgate.com/store/20826633 |
| 72 | https://www.dhgate.com/store/21218003 |
| 73 | https://www.dhgate.com/store/19936448 |
| 74 | https://www.dhgate.com/store/19936449 |
| 75 | https://www.dhgate.com/store/21034611 |
| 76 | https://www.dhgate.com/store/21029127 |
| 77 | https://www.dhgate.com/store/21185158 |
| 78 | https://www.dhgate.com/store/21148853 |
| 79 | https://www.dhgate.com/store/21223148 |
| 80 | https://www.dhgate.com/store/19752844 |
| 81 | https://www.dhgate.com/store/21410204 |

| 82 | https://www.dhgate.com/store/17986479 |
|---|---|
| 83 | https://www.dhgate.com/store/19914231 |
| 84 | https://www.dhgate.com/wholesale/products/ff80808165e7d16401668b05b8e55384.html |
| 85 | https://www.dhgate.com/wholesale/products/ff80808165e7d2810166682ce01e3744.html |
| 86 | https://www.dhgate.com/store/19857046 |
| 87 | https://www.dhgate.com/store/21134633 |
| 88 | https://www.dhgate.com/store/20717092 |
| 89 | https://www.dhgate.com/store/20969581 |
| 90 | https://www.dhgate.com/store/21028750 |
| 91 | https://www.dhgate.com/store/21174890 |
| 92 | https://www.dhgate.com/store/21134449 |
| 93 | https://www.dhgate.com/store/20935000 |
| 94 | https://www.dhgate.com/store/20059024 |
| 95 | https://www.dhgate.com/store/21008233 |
| 96 | https://www.dhgate.com/store/21142010 |
| 97 | https://www.dhgate.com/store/21142062 |
| 98 | https://www.dhgate.com/store/21139067 |
| 99 | https://www.dhgate.com/store/21182967 |
| 100 | https://www.dhgate.com/store/21467205 |
| 101 | https://www.dhgate.com/store/21467258 |
| 102 | https://www.dhgate.com/store/21467259 |
| 103 | https://www.dhgate.com/store/21521896 |
| 104 | https://www.dhgate.com/store/21416476 |
| 105 | https://www.dhgate.com/store/14125087 |
| 106 | https://www.dhgate.com/store/20625637 |
| 107 | https://www.dhgate.com/store/19848629 |
| 108 | https://www.dhgate.com/store/20063278 |
| 109 | https://www.dhgate.com/store/20660350 |
| 110 | https://www.dhgate.com/store/21087541 |
| 111 | https://www.dhgate.com/store/20686034 |
| 112 | https://www.dhgate.com/store/21083113 |
| 113 | https://www.dhgate.com/store/21082909 |
| 114 | https://www.dhgate.com/store/21227298 |
| 115 | https://www.dhgate.com/store/21155170 |
| 116 | https://www.dhgate.com/store/21223607 |
| 117 | https://www.dhgate.com/store/20638054 |
| 118 | https://www.dhgate.com/store/21134627 |
| 119 | https://www.dhgate.com/store/19902632 |
| 120 | https://www.dhgate.com/store/19758064 |
| 121 | https://www.dhgate.com/store/20768437 |
| 122 | https://www.dhgate.com/store/20063315 |

| | |
|---|---|
| 123 | https://www.dhgate.com/store/21077834 |
| 124 | https://www.dhgate.com/store/20443537 |
| 125 | https://www.dhgate.com/store/20615444 |
| 126 | https://www.dhgate.com/store/20322103 |
| 127 | https://www.dhgate.com/store/21086206 |
| 128 | https://www.dhgate.com/store/21157229 |
| 129 | https://www.dhgate.com/store/20049390 |
| 130 | https://www.dhgate.com/store/20947953 |
| 131 | https://www.dhgate.com/store/20141463 |
| 132 | https://www.dhgate.com/store/21045908 |
| 133 | https://www.dhgate.com/store/21176996 |
| 134 | https://www.dhgate.com/store/21167931 |
| 135 | https://www.dhgate.com/store/20058609 |
| 136 | https://www.dhgate.com/store/21414486 |
| 137 | https://www.dhgate.com/store/20322515 |
| 138 | https://www.dhgate.com/store/21291782 |
| 139 | https://www.dhgate.com/store/20707352 |
| 140 | https://www.dhgate.com/store/21052878 |
| 141 | https://www.dhgate.com/store/20245019 |
| 142 | https://www.dhgate.com/store/21034777 |
| 143 | https://www.dhgate.com/store/19978394 |
| 144 | https://www.dhgate.com/store/20717057 |
| 145 | https://www.dhgate.com/store/21119643 |
| 146 | https://www.dhgate.com/store/14183508 |
| 147 | https://www.dhgate.com/store/20477675 |
| 148 | https://www.dhgate.com/store/20997340 |
| 149 | https://www.dhgate.com/store/19930438 |
| 150 | https://www.dhgate.com/store/21027856 |
| 151 | https://www.dhgate.com/store/21105314 |
| 152 | https://www.dhgate.com/wholesale/products/ff80808164ea54f201651cec247b0158.html |
| 153 | https://www.dhgate.com/store/21105613 |
| 154 | https://www.dhgate.com/store/21301456 |
| 155 | https://www.dhgate.com/store/21156526 |
| 156 | https://www.dhgate.com/store/21060821 |
| 157 | https://www.dhgate.com/wholesale/products/ff8080816773e119016778f7648847f8.html |
| 158 | https://www.dhgate.com/store/20968287 |
| 159 | https://www.dhgate.com/store/19991029 |
| 160 | https://www.dhgate.com/store/20653660 |
| 161 | https://www.dhgate.com/store/21161365 |
| 162 | https://www.dhgate.com/store/21162137 |
| 163 | https://www.dhgate.com/store/21162035 |

| | |
|---|---|
| 164 | https://www.dhgate.com/store/21162572 |
| 165 | https://www.dhgate.com/store/21161639 |
| 166 | https://www.dhgate.com/store/21161673 |
| 167 | https://www.dhgate.com/store/21162385 |
| 168 | https://www.dhgate.com/store/21162550 |
| 169 | https://www.dhgate.com/store/21161683 |
| 170 | https://www.dhgate.com/store/21161684 |
| 171 | https://www.dhgate.com/store/21161685 |
| 172 | https://www.dhgate.com/store/21161817 |
| 173 | https://www.dhgate.com/store/21162032 |
| 174 | https://www.dhgate.com/store/21281883 |
| 175 | https://www.dhgate.com/store/21162156 |
| 176 | https://www.dhgate.com/store/20724439 |
| 177 | https://www.dhgate.com/store/21503093 |
| 178 | https://www.dhgate.com/store/21509746 |
| 179 | https://www.dhgate.com/store/21460525 |
| 180 | https://www.dhgate.com/store/20998235 |
| 181 | https://www.dhgate.com/store/20304738 |
| 182 | https://www.dhgate.com/store/20555466 |
| 183 | https://www.dhgate.com/store/21396556 |
| 184 | https://www.dhgate.com/store/20996614 |
| 185 | https://www.dhgate.com/store/19857414 |
| 186 | https://www.dhgate.com/store/21157355 |
| 187 | https://www.dhgate.com/store/20296726 |
| 188 | https://www.dhgate.com/store/20329174 |
| 189 | https://www.dhgate.com/store/21079982 |
| 190 | https://www.dhgate.com/store/20249181 |
| 191 | https://www.dhgate.com/store/21086629 |
| 192 | https://www.dhgate.com/store/14775145 |
| 193 | https://www.dhgate.com/store/20725242 |
| 194 | https://www.dhgate.com/store/20526288 |
| 195 | https://www.dhgate.com/store/20656315 |
| 196 | https://www.dhgate.com/store/20242382 |
| 197 | https://www.dhgate.com/store/21227673 |
| 198 | https://www.dhgate.com/store/20364398 |
| 199 | https://www.dhgate.com/store/20336474 |
| 200 | https://www.dhgate.com/store/19814025 |
| 201 | https://www.dhgate.com/store/21238970 |
| 202 | https://www.dhgate.com/store/20798227 |
| 203 | https://www.dhgate.com/store/21067916 |
| 204 | https://www.dhgate.com/store/19961421 |

| 205 | https://www.dhgate.com/store/20673991 |
|-----|--------------------------------------|
| 206 | https://www.dhgate.com/store/21068348 |
| 207 | https://www.dhgate.com/store/20253991 |
| 208 | https://www.dhgate.com/store/20022363 |
| 209 | https://www.dhgate.com/store/20913947 |
| 210 | https://www.dhgate.com/store/20062549 |
| 211 | https://www.dhgate.com/store/21210825 |
| 212 | https://www.dhgate.com/store/21296625 |
| 213 | https://www.dhgate.com/store/20324156 |
| 214 | https://www.dhgate.com/store/20322815 |
| 215 | https://www.dhgate.com/store/20597698 |
| 216 | https://www.dhgate.com/store/21105617 |
| 217 | https://www.dhgate.com/store/20523376 |
| 218 | https://www.dhgate.com/store/20496896 |
| 219 | https://www.dhgate.com/store/18528253 |
| 220 | https://www.dhgate.com/store/21293926 |
| 221 | https://www.dhgate.com/store/19908831 |
| 222 | https://www.dhgate.com/store/20434530 |
| 223 | https://www.dhgate.com/store/20759017 |
| 224 | https://www.dhgate.com/store/21303967 |
| 225 | https://www.dhgate.com/store/20059003 |
| 226 | https://www.dhgate.com/store/21022583 |
| 227 | https://www.dhgate.com/store/21303794 |
| 228 | https://www.dhgate.com/store/20916828 |
| 229 | https://www.dhgate.com/store/20779927 |
| 230 | https://www.dhgate.com/store/21259671 |
| 231 | https://www.dhgate.com/store/21230034 |
| 232 | https://www.dhgate.com/store/21445643 |
| 233 | https://www.dhgate.com/store/21507237 |
| 234 | https://www.dhgate.com/store/14398609 |